CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7198
Fax: (415) 436-6748
Email: savith.iyengar@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* JAMES MICHAEL RICHEY,<br><br>Plaintiff-Relator,<br><br>v.<br><br>NEVRO CORP.,<br><br>Defendant. | CASE NO. 3:25-cv-09570-LB<br><br>**UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION; ~~[PROPOSED]~~ ORDER TO UNSEAL**<br><br>**FILED UNDER SEAL** |

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States of America ("United States") respectfully notifies the Court of its decision not to intervene in this action.

Although declining to intervene, the United States respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows Relator Erin Richey[1] ("Relator") to maintain this action in the name of the United States; provided, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* The United States Court of Appeals for the Ninth Circuit has held that, notwithstanding this language, the United States

[1] The original relator in this action, James Michael Richey, is deceased. Prior to this action's transfer to this Court, the United States District Court for the Central District of California granted Ms. Richey's motion to substitute for Mr. Richey as the Relator in this action under Federal Rule of Civil Procedure 25(a)(1), in an order dated August 25, 2025.

has the right only to a hearing when it objects to a settlement or dismissal of the action. *U.S. ex rel. Green v. Northrop Corp.,* 59 F.3d 953, 959 (9th Cir. 1995); *U.S. ex rel. Killingsworth v. Northrop Corp.*, 25 F.3d 715, 723–25 (9th Cir. 1994). Therefore, the United States requests that, should either Relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court provide the United States with an opportunity to be heard before ruling or granting its approval.

Pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in the action be served upon the United States. Accordingly, counsel for the United States will file a notice of appearance for the purpose of receiving ECF notifications of filings in this case. The United States reserves its right to order any deposition transcripts and to intervene in this action, for good cause, at a later date. The United States also reserves its right to seek the dismissal of Relator's action or claims or request a stay of discovery pursuant to 31 U.S.C. §§ 3730(c)(2)(A) and (c)(4), respectively. The United States also requests that it be served with all notices of appeal.

Finally, the United States respectfully requests that Relator's complaint, the summons, any amended complaints, any case management order, this notice, and the attached proposed order be unsealed and that the seal be lifted as to all matters subsequently occurring in this action. The United States requests that all other papers on file in this action remain under seal because, in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

DATED: September 16, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/ Savith Iyengar
SAVITH IYENGAR
Assistant United States Attorney

Attorneys for the United States of America

**~~[PROPOSED]~~ ORDER TO UNSEAL**

The United States has notified the Court of its decision not to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B).

For good cause shown, IT IS HEREBY ORDERED THAT:

1. The complaint, summons, any amended complaint, and any case management order, be unsealed and served upon the defendant by Relator.

2. All other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order and the United States' notice of election to decline intervention and proposed order to unseal, which Relator will serve upon the defendant only after service of the complaint.

3. The seal shall be lifted as to all other matters occurring in this action after the date of this Order.

4. Counsel for the United States shall file a notice of appearance in this action for the purpose of receiving ECF notifications of all pleadings and motions filed in this action, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time.

5. Should Relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with an opportunity to be heard before ruling or granting its approval, in accordance with 31 U.S.C. § 3730(b)(1).

IT IS SO ORDERED.

DATED: September 16, 2026

HON. LAUREL BEELER
United States Magistrate Judge