John K. Landay, Esq. (CA State Bar #257573)
LANDAY ROBERTS LLP
600 West Broadway, Suite 700
San Diego, CA 92101
Telephone: (619) 230-5712
Email: jlanday@landayroberts.com

Jacob M. Tubbs
PRICE ARMSTRONG, LLC
1919 Cahaba Road
Birmingham, AL 35223
(205) 208-4202
Email: jacob@pricearmstrong.com

*Attorneys for Relator*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| [UNDER SEAL],<br><br>Plaintiff(s),<br><br>vs.<br><br>[UNDER SEAL],<br><br>Defendant(s). | Case No. 25-cv-09570-LB<br><br>**RULE 41 DISMISSAL**<br><br>**NOT FOR PUBLIC DISCLOSURE**<br>**DO NOT PLACE IN PRESS BOX**<br>**DO NOT ENTER ON PACER** |

John K. Landay, Esq. (CA State Bar #257573)
LANDAY ROBERTS LLP
600 West Broadway, Suite 700
San Diego, CA 92101
Telephone: (619) 230-5712
Email: jlanday@landayroberts.com

Jacob M. Tubbs
PRICE ARMSTRONG, LLC
1919 Cahaba Road
Birmingham, AL 35223
(205) 208-4202
Email: jacob@pricearmstrong.com

Attorneys for Relator

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JAMES MICHAEL RICHEY,<br><br>Plaintiff/Relator,<br><br>vs.<br><br>NEVRO CORP.,<br><br>Defendant. | Case No. 25-cv-09570-LB<br><br>**RULE 41 DISMISSAL**<br><br>**NOT FOR PUBLIC DISCLOSURE**<br>**DO NOT PLACE IN PRESS BOX**<br>**DO NOT ENTER ON PACER** |

**RULE 41 DISMISSAL**

Relator hereby notices dismissal without prejudice of this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).

Relator has discussed this dismissal with counsel for the United States, which

requested that this dismissal reflect the United States' position that Dismissal is subject to the consent of the United States of America pursuant to 31 U.S.C. § 3730(b), and that the United States will separately file its consent to dismissal.

Relator understands that that United States requests that this matter remain under seal in its entirety pending the conclusion of a related sealed matter, and that the United States will reiterate this request in its consent to dismissal. Relator does not oppose this request.

Dated: OCTOBER 13, 2026

/s John K. Landay

John K. Landay (Cal Bar No. 257573)
LANDAY ROBERTS LLP
600 W. Broadway, Suite 700
San Diego, CA 92101
Phone: 619.230.5712
jlanday@landayroberts.com

/s Jacob M. Tubbs

Jacob M. Tubbs
PRICE ARMSTRONG, LLC
1919 Cahaba Road
Birmingham, AL 35223
(205) 208-4202
jacob@pricearmstrong.com

**Attorneys for Relator**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2026, this Rule 41 was served on the United States via email to the Government's counsel of record at Savith.Iyengar@usdoj.gov.

*John K. Landay*

John K. Landay (Cal Bar No. 257573)